RICHARD J. DONOVAN, Respondent, *v.* WILLIAM R. WEED et al., Appellants.

*Donovan* v. *Weed,* 115 App. Div. 909, affirmed.
(Argued March 5, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 4, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover commissions upon the sale of certain lands.

*Lewis E. Carr* and *George W. Fuller* for appellants.

*Albert A. Wray* and *Stephen Callaghan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.